

# DANKS MILLER CORY

Attorneys at Law

Mailing Address:
Post Office Box 1759
Jackson, Mississippi 39215-1759

Telephone: (601) 957-3101

Physical Address:
213 South Lamar Street
Jackson, Mississippi 39201

Facsimile: (601) 957-3160

Michael V. Cory, Jr.
mc@dmc-law.net

December 1, 2010

**_Via E-mail and Facsimile_**
Hon. Michael T. Parker
United States District Court
Southern District of Mississippi
701 N. Main Street, Suite 216
Hattiesburg, MS 39401

   **Re:    Peter M. Eyre, et al. vs. Jones County, Mississippi, et al.; In the United States
           District Court for the Southern District of Mississippi; Hattiesburg Division;
           Cause No. 2:10cv174-KS-MTP**

Dear Judge Parker:

   Pursuant to your telephone instructions and subsequent Order of November 19, 2010, I advised my clients of the December 2, 2010 hearing on the Motion to Withdraw. In a subsequent phone call, Adam Mueller and Peter Eyre responded advising that they were going to proceed and represent themselves *pro se*. They also gave me the following mailing address to provide to the Court:

   Adam Mueller and Peter Eyre
   c/o Kathy Breidel
   W208 N16831 Center Street
   Jackson, WI 53037

   With respect to the Plaintiff, Jason Talley, he has not responded to my requests for a mailing address or advised if he intends to proceed with his case. I am enclosing a copy of the two emails that I have sent him for your information and review. At this point, I do not expect him to appear at the hearing but obviously do not know for certain. Therefore, I will plan to appear in the morning unless the Court advises that a hearing is not necessary.

                              With kind regards,

                              DANKS, MILLER & CORY

                              Michael V. Cory, Jr.

An Association of Professional Corporations

Michael V. Cory, Jr.
mc@dmc-law.net

MVC/bb
Enclosures
Cc:    Lawson Hester, Esq. *(via e-mail only)*
       Adam Mueller *(via e-mail only)*
       Peter Eyre *(via e-mail only)*
       Jason Talley *(via e-mail only)*

**Michael Cory**

From:         Michael Cory
Sent:         Thursday, November 18, 2010 8:30 AM
To:          Jason Talley
Cc:          'Pete Eyre'; Adam Mueller
Subject:       Status of Pending Matters

Jason,

I have not heard from you.  Adam and Pete have told me that you indicated that you did not want to spend any more time on these matters and that you were not planning to show up for the misdemeanor trial in December. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This way you avoid being convicted in your absence, and a possibly higher fine than what you posted.

The Judge in the Civil Rights case has asked for mailing addresses for the three of you.  I have heard from Adam and Pete but need to give him yours.  The Judge has noticed a hearing on December 2 in Hattiesburg for the Plaintiffs to appear if he does not have an address.  So let me know what you want to do?

Please feel free to call me with any questions.

Thanks,

**Michael V. Cory, Jr.**
DANKS, MILLER & CORY
213 South Lamar Street
P.O. Box 1759
Jackson, MS  39215
(o) 601.957.3101
(c) 601.668.2832
(f)  601.957.3160



*******CONFIDENTIALITY NOTICE********

This email is intended only for the use of the addressee(s) named herein. It may contain legally privileged and confidential information. If you are not the intended recipient, or an authorized representative of the intended recipient, you are hereby notified that any review, copying or distribution of this e-mail and its attachments, if any, is strictly prohibited and irreparable harm may result therefrom. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you.

**Michael Cory**

| | |
|---|---|
| **From:** | Michael Cory |
| **Sent:** | Monday, November 29, 2010 10:41 AM |
| **To:** | Jason Talley; Jason Talley |
| **Cc:** | Brandi Burnham; Pete Eyre; Adam Mueller |
| **Subject:** | Status of Pending Matters |
| **Attachments:** | image002.jpg |

Jason,

I have heard anything back from you.  As I previously said in my November 18 email, Pete and Adam have said that you told them that you will not be showing up for the misdemeanor trial and do not want to continue as a plaintiff in the federal court case.  If you are not going to go to the trial in Jones County on December 1, 2010, I recommend that you go ahead and call the prosecutor or the court and let them know.  It would not be in your best interest just to not show up. Feel free to call me if you have any questions about this.

As I previously advised, the Judge in the federal court case has noticed a hearing on my motion to withdraw for December 2nd at 10:00 am.  If you intend to pursue your case then you need to either be there or provide me with a mailing address that I can give the judge.  If you do neither then your case may be dismissed.  You may call me to discuss this as well.

This will be my final attempt to communicate with you about these matters.

Thanks,

**Michael V. Cory, Jr.**
DANKS, MILLER & CORY
213 South Lamar Street
P.O. Box 1759
Jackson, MS  39215
(o) 601.957.3101
(c) 601.668.2832
(f) 601.957.3160



DANKS
MILLER
& CORY

*******CONFIDENTIALITY NOTICE********

This email is intended only for the use of the addressee(s) named herein. It may contain legally privileged and confidential information. If you are not the intended recipient, or an authorized representative of the intended recipient, you are hereby notified that any review, copying or distribution of this e-mail and its attachments, if any, is strictly prohibited and irreparable harm may result therefrom. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you.

```
                                        ATT07832.txt
Reporting-MTA: dns;dmhclaw.com

Final-Recipient: rfc822;jdtalley@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: Jason Talley


Final-Recipient: rfc822;talleytv@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: Jason Talley


Final-Recipient: rfc822;peteeyre@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: Pete Eyre


Final-Recipient: rfc822;ammuellermhd@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: Adam Mueller
```

**Michael Cory**

| | |
|---|---|
| **From:** | postmaster@dmc-law.net |
| **Sent:** | Monday, November 29, 2010 10:41 AM |
| **To:** | Michael Cory |
| **Subject:** | Delivery Status Notification (Relay) |
| **Attachments:** | ATT07832.txt; Status of Pending Matters |

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

> jdtalley@gmail.com
> talleytv@gmail.com
> peteeyre@gmail.com
> ammuellermhd@gmail.com

```
* * * COMMUNICATION RESULT REPORT ( DEC. 1.2010 11:08AM ) * * *
                                        FAX HEADER:   DANKS MILLER HAMER
```

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|------|------|--------|------------------|--------|------|
| 034 | MEMORY TX | | 6015449177 | OK | P. 7/7 |

```
--------------------------------------------------------------------
REASON FOR ERROR
          E-1) HANG UP OR LINE FAIL          E-2) BUSY
          E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```

# DANKS
# MILLER
# CORY

### FACSIMILE TRANSMITTAL SHEET

TO:
Hon. Michael T. Parker

FROM:
Michael V. Cory, Jr.

FAX NUMBER:
601 544 9177

DATE:
December 1, 2010

COMPANY:

TOTAL NO. OF PAGES INCLUDING COVER:
6

PHONE NUMBER:

SENDER'S REFERENCE NUMBER:

RE:
2:10cv174-KS-MTP

YOUR REFERENCE NUMBER:

URGENT      FOR REVIEW          *PLEASE REPLY*   PLEASE RECYCLE

NOTES/COMMENTS:

This facsimile transmission is intended only for the addressee shown above.  It may contain



## DANKS MILLER & CORY

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Michael T. Parker | Michael V. Cory, Jr. |

| FAX NUMBER: | DATE: |
|---|---|
| 601 544 9177 | December 1, 2010 |

| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| | 6 |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| | |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| 2:10cv174-KS-MTP | |

URGENT    FOR REVIEW    ***PLEASE REPLY***   PLEASE RECYCLE

NOTES/COMMENTS:

This facsimile transmission is intended only for the addressee shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately and mail the originals received by you to us at the above address.

DANKS MILLER & CORY • AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
POST OFFICE BOX 1759
JACKSON, MS 39205
PHONE: 601.957.3101 • FAX: 601.957.3160

CASE NO. 2:10 cv174

Peter Eyre, etal.

VS. Jones Co., MS, etal.

PLAINTIFF'S EXHIBIT   1

DATE _____ IDEN.

DATE _____ 12/2/18 _____ EVID.

BY _____

AO 386          Deputy Clerk