IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

PETER EYRE; JASON TALLEY; and
ADAM M. MUELLER                                             PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 2:10-CV-174-KS-MTP

JONES COUNTY, MISSISSIPPI, et al.                            DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Order issued on the 12th day of August, 2011, incorporated herein by reference, it is hereby ordered and adjudged that this case is dismissed with prejudice as to the remaining Plaintiffs – Peter M. Eyre and Adam M. Mueller – for their failure to prosecute.

SO ORDERED AND ADJUDGED this 12th day of August, 2011.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE